UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LORETTA AZUKA NWABUNDO OBI,

                              Plaintiff,

v.                                                     ORDER

STEVEN KOEHLER, et al.,                  18-cv-09041 (PMH)

                            Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Plaintiff, who is proceeding pro se, requests "the [C]ourt or the defendants to pay for the deposition expenses." (Doc. 33). Plaintiff's motion is DENIED.

      Plaintiff is referred to the "Discovery Guide for Pro Se Litigants," which can be found at https://nysd.uscourts.gov/sites/default/files/2018-06/discoveryguide.pdf, which states a pro se party is "responsible for paying the cost of the [deposition] recording." Discovery Guide at 9. It also explains that if a party cannot take a deposition because it is too expensive, the party "may use interrogatories to get answers to questions from a party to the case or an employee of the party." Id. at 10. Plaintiff is also directed to consult the Federal Rules of Civil Procedure, which in addition to interrogatories, provide for Depositions by Written Questions. See Fed. R. Civ. P. 31, 33.

      Plaintiff is reminded that as a pro se party, she is required to read and comply with the Discovery Guide.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      The Clerk is instructed to terminate the motion. (Doc. 33).

Dated:  New York, New York
          July 23, 2020

                                                        _____
                                                           Philip M. Halpern
                                                           United States District Judge